658 A.2d 725

GREGORY J. SALLIE v. STATE OF NEW JERSEY, DEPARTMENT OF TRANSPORTATION.

April 13, 1995.

## ORDER

This matter having come before the Court on an appeal as of right to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

658 A.2d 725

SUSAN SABATINI AND ANDREW SABATINI v. STEVEN BERKOWITZ, M.D., AND JERSEY SHORE MEDICAL CENTER, ET AL.

April 19, 1995.

## ORDER

The parties having stipulated to a dismissal of this matter, and good cause appearing;

It is ORDERED that the appeal is dismissed.